AO 442 (Rev.11/11) Arrest Warrant

FILED   FIO # 11176457

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

2022 DEC 14  PM 3:53

SEALED

US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No.   6:22-cr-201 WWB-LHP |
| EVAN EDWARDS | ) |
| a/k/a Ian Heringa | ) |
| | ) |
| *Defendant* | ) |

ARREST WARRANT

TO:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   EVAN EDWARDS, a/k/a Ian Heringa

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding   ☐ Information   ☐ Superseding   ☐ Complaint
Indictment   Information

☐ Probation Violation Petition   ☐ Supervised Release Violation   ☐ Violation Notice   ☐ Order of the Court
Petition

This offense is briefly described as follows:

Conspiracy to Commit Bank Fraud, in violation of 18 U.S.C. § 1349; Bank Fraud, in violation of 18 U.S.C. § 1344;
and Visa Fraud, in violation of 18 U.S.C. § 1546.

Date:   12/7/2022

Issuing officer's signature

City and state:   Orlando, Florida

Elizabeth Warren, Clerk of Court
United States District Court

*Printed name and title*

| Return | |
|---|---|

This warrant was received on *(date)* 12/8/22 , and the person was arrested on *(date)* 12/14/22

at *(city and state)* NEW SMYRNA BEACH, FL.

Date:  12/14/22

Arresting officer's signature

ROGER D. FUENTES
*Printed name and title*