**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

UNITED STATES OF AMERICA

VS.   CASE NO: 6:22-cr-201-WWB-LHP

EVAN WILLIAM EDWARDS
_____

**ORDER PROVISIONALLY APPOINTING**
**FEDERAL PUBLIC DEFENDER**

Because the abovenamed defendant is unable or has refused to testify under oath that he: (1) is unable to employ counsel, and (2) does not wish to waive counsel, and because the Court otherwise finds the interests of justice so require, it is

**ORDERED** that the Federal Public Defender is provisionally appointed to represent the above-named defendant in this case. The defendant may be required to contribute to the cost of this representation or the provisional appointment may be revoked, depending on circumstances to be determined at a later date.

**DONE** and **ORDERED** in Orlando Florida on December 15, 2022.

*David A. Baker*
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

United States Attorney
Federal Public Defender