# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**VS.**  CASE NO. 6:22-cr-201-WWB-LHP

**EVAN EDWARDS**

_____/

## ORDER

At a status conference on January 4, 2023, the undersigned determined that there was reasonable cause to believe that Defendant Evan Edwards "may presently be suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense." 18 U.S.C. § 4241(a); (Doc. 48). Accordingly, I ordered the parties to propose, jointly or separately, the names of potential psychiatrists to evaluate the Defendant.

On January 6, 2023, the parties filed their Joint Notice Regarding Proposed Competency Evaluators (Doc. 49) for Defendant Evan Edwards. Therein, the United States proposes that Dr. Ryan C.W. Hall, M.D., DFAPA, conduct the competency evaluation. (*Id.* ¶ 1.) Defendant's counsel proposes that Dr. Jeffrey Danziger, M.D., conduct the competency evaluation. (*Id.* ¶ 2.) The United States objects to the appointment of Dr. Danziger on the basis that he is conducting the competency evaluation of Defendant's co-defendant in this case. (*Id.* ¶ 3.) Defendant's counsel, on the other hand, asserts that Dr. Danziger's assessment of

the co-defendant "will give him a greater clinical advantage in assessing" Defendant's competency. (*Id.* ¶ 4.) Upon consideration, the undersigned agrees with the United States that potential conflict-of-interest concerns warrant the appointment of separate evaluators.

Accordingly, it is **ORDERED** that Dr. Ryan C.W. Hall, M.D., DFAPA ("Dr. Hall"), is appointed to examine Defendant Evan Edwards and to render an opinion regarding his competency to proceed to trial. The U.S. Department of Justice shall pay for Dr. Hall's services, including his fees and costs related to conducting the examination, preparing the report, and appearing in court, if necessary. Dr. Hall is **DIRECTED** to prepare the report, containing the information required by 18 U.S.C. § 4247(c), and provide a copy of said report to the Court and counsel for the parties. The report must be submitted to the Court **on or before January 17, 2023**. **On or before January 19, 2023**, counsel for the parties shall file separate notices indicating whether a competency hearing, or some other related proceeding, should be scheduled.

**DONE** and **ORDERED** in Orlando, Florida on January 6, 2023.

EMBRY J. KIDD
UNITED STATES MAGISTRATE JUDGE