UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 6:22-cr-00201-WWB-LHP

JOSHUA EDWARDS

## NOTICE OF ERROR IN FILING

The United States of America, by Roger B. Handberg, United States Attorney for the Middle District of Florida, hereby notifies this Honorable Court that Document 90 was filed in error.[1]

Respectfully submitted,

ROGER B. HANDBERG
United States Attorney

By:  /s/ Kara M. Wick
Kara M. Wick
Assistant United States Attorney
Florida Bar No. 0085578
400 W. Washington Street, Ste. 3100
Orlando, Florida 32801
Telephone:  (407) 648-7500
Facsimile:  (407) 648-7643
E-mail: kara.wick@usdoj.gov

---

[1] The document filed at Doc. 90 was previously (and correctly) filed as Doc. 49 but was not intended to be duplicated at Doc. 90.

2

U.S. v. JOSHUA EDWARDS                Case No. 6:22-cr-00201-WWB-LHP

**CERTIFICATE OF SERVICE**

I hereby certify that on March 23, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Brian Phillips, Esq.

Charles Taylor, Esq.

/s/ Kara M. Wick
Kara M. Wick
Assistant United States Attorney
Florida Bar No. 0085578
400 W. Washington Street, Ste. 3100
Orlando, Florida 32801
Telephone: (407) 648-7500
Facsimile: (407) 648-7643
E-mail: kara.wick@usdoj.gov

2