UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 6:22-cr-201-WWB-LHP

JOSHUA EDWARDS
EVAN EDWARDS

## NOTICE OF SUBSTITUTION

The United States of America, by Sara C. Sweeney, Acting United States Attorney for the Middle District of Florida, hereby respectfully requests that the Clerk of Court substitute the undersigned as government counsel for Assistant United States Attorney Kara M Wick.

Respectfully submitted,

SARA C. SWEENEY
Acting United States Attorney

By: /s/ Amanda S. Daniels
Amanda S. Daniels
Assistant United States Attorney
Florida Bar No. 111444
400 W. Washington Street, Suite 3100
Orlando, Florida 32801
Telephone: (407) 648-7500
Facsimile: (407) 648-7643
E-mail: amanda.daniels@usdoj.gov

U.S. v. EDWARDS ET AL.          Case No. 6:22-cr-201-WWB-LHP

## CERTIFICATE OF SERVICE

I hereby certify that on March 6, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Brian Philips, Esq.,
Counsel for Evan Edwards

Andrew Searle, Esq.,
Counsel for Joshua Edwards

   /s/ *Amanda S. Daniels*
Amanda S. Daniels
Assistant United States Attorney
Florida Bar No. 111444
400 W. Washington Street, Suite 3100
Orlando, Florida 32801
Telephone: (407) 648-7500
Facsimile: (407) 648-7643
E-mail: amanda.daniels@usdoj.gov