UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.   CASE NO. 6:22-cr-201-AGM-LHP

JOSHUA EDWARDS

### NOTICE OF APPEARANCE

The United States of America, by Gregory W. Kehoe, United States Attorney for the Middle District of Florida, files this Notice of Appearance of the undersigned as counsel for the United States in the above-captioned case.

Assistant United States Attorney Noah P. Dorman has been assigned as co-counsel in this case.   Please forward all materials in this case to both counsel and co-counsel from this date forward.

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

By:   /s/Noah P. Dorman
Noah P. Dorman
Assistant United States Attorney
USA No. 223
400 W. Washington Street, Suite 3100
Orlando, Florida 32801
Telephone:   (407) 648-7500
Facsimile:   (407) 648-7643
E-mail: noah.dorman@usdoj.gov