UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

    v.                         CASE NO. 6:22-cr-201-AGM-LHP

JOSHUA EDWARDS

## **MOTION TO WITHDRAW**

The United States of America, by Gregory W. Kehoe, United States Attorney for the Middle District of Florida, hereby respectfully requests the Clerk of Court to withdraw the name of Assistant United States Attorney Noah P. Dorman in the above-styled cause.

The government is represented in this matter by Assistant United States Attorney Kara Wick.

                                   Respectfully submitted,

                                   GREGORY W. KEHOE
                                   United States Attorney

By:    /s/ Noah P. Dorman
        Noah P. Dorman
        Assistant United States Attorney
        USA No. 223
        400 W. Washington Street, Suite 3100
        Orlando, Florida 32801
        Telephone:  (407) 648-7500
        Facsimile:   (407) 648-7643
        E-mail: noah.dorman@usdoj.gov